## UNITED STATES DISTRICT COURT FOR THE
## NORTHERN DISTRICT OF FLORIDA
## PENSACOLA DIVISION

CHARLES ALLEN FARMER JR.,
    Plaintiff,

vs.                                            Case No.:  3:21cv3120/LAC/EMT

ESCAMBIA COUNTY JAIL,
    Defendant.
_____/

## **ORDER**

The chief magistrate judge issued a Report and Recommendation on March 17, 2022 (ECF No. 11).  The court furnished the plaintiff a copy of the Report and Recommendation and afforded him an opportunity to file objections pursuant to Title 28, United States Code, Section 636(b)(1).  The Court accepts Plaintiff's untitled filing (doc 12) as timely filed objections.  I have made a *de novo* determination of all these objections.

Having considered the Report and Recommendation, and the objections thereto, I have determined the Report and Recommendation should be adopted.

Accordingly, it is **ORDERED**:

1.    The chief magistrate judge's Report and Recommendation (ECF No. 11) is adopted and incorporated by reference in this order.

2. This case is **DISMISSED** for failure to state a claim upon which relief may be granted, pursuant to 28 U.S.C. §§ 1915(e)(2)(B)(ii), 1915A(b)(1).

3. The clerk of court is directed to enter judgment in accordance with this order and close the case.

**DONE AND ORDERED** this 20th day of April 2022.

*s/L.A. Collier*
**LACEY A. COLLIER**
**SENIOR UNITED STATES DISTRICT JUDGE**